

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Texas Unemployment Compensation Commission
Brown Building
Austin, Texas

Attention:  Mr. Harry B. Crozier

Gentlemen:                        Opinion No. O-3738-A
                                  Re:  Interpretation of our Opin-
                                  ion No. O-3738

     We received your letter dated April 13, 1942, which
reads as follows:

     "We shall appreciate an expression of your
opinion as to the correctness of the interpreta-
tion (as reflected by the attached copy of a letter
to the Regional Office of the Social Security Board),
which this Commission has placed upon your Opinion
No. O-3738, in regard:
     Benefit Claims -- Attorneys Fees."

     We quote from your letter addressed to a representa-
tive of the Social Security Board as follows:

     "In your letter of April 6, 1942, you discuss
an opinion of the Attorney General of Texas dated
March 5, 1942.  That opinion deals with appellate
procedure in benefit cases.

     "This Commission was not struck with the exis-
tence of any ambiguity in the Attorney General's
language.  For that reason his opinion is construed
to mean:  When, by a decision which becomes final,
the Commission or the court disqualifies the claim-
ant for all of his benefit periods under subsections
(a), (b), or (c) of Section 5 of the Act, such deci-
sion disposes of all rights of the claimant to bene-
fits during his benefit year.  If, under the same
subsections mentioned, he is disqualified for fewer

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

periods, then, of course, upon the initiation of a
new claim series, he is entitled to receive benefit
checks unless disqualified at that time."

We held in our Opinion No. O-3738 that a disqualifi-
cation by the Commission or a Court of an individual to receive
benefits during the benefit periods of his benefit year disposed
of all right of the individual to receive any benefits during
that benefit year. This holding was based upon the assumption
that, on the basis of the individual's initial claim for bene-
fits, he was disqualified for all the benefit periods of his
benefit year.

Your interpretation of our Opinion No. O-3738, as
reflected in your letter addressed to a representative of the
Social Security Board, is correct.

Yours very truly

APPROVED APRIL 29, 1942          ATTORNEY GENERAL OF TEXAS

/s/ Grover Sellers

                                  By

FIRST ASSISTANT                          /s/ Lee Shoptaw
ATTORNEY GENERAL                              Assistant

LS:db

APPROVED OPINION COMMITTEE BY BWB CHAIRMAN